THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Kenneth M. Mobley,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From York County
Frank Eppes, Plea Judge
Lee S. Alford, Post Conviction Judge

Memorandum Opinion No. 2004-MO-015
Submitted March 22, 2004 - Filed April 
 8, 2004

VACATED IN PART

 
 
 
Assistant Appellate Defender Tara S. Taggart, of S.C. Office of Appellate Defense, 
 of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney 
 General David Spencer, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of 
 his application for post-conviction relief (PCR).  The petition for a writ of 
 certiorari is denied on petitioners Question 2 and granted on petitioners 
 Question 1.  We dispense with further briefing and vacate petitioners guilty 
 plea to assault and battery of a high and aggravated nature (ABHAN).
Petitioner was indicted for second-degree lynching, possession 
 of crack cocaine with intent to distribute, and possession of crack cocaine 
 with intent to distribute within proximity of a public or private university.  
 Petitioner pled guilty to the two drug charges and to ABHAN as a lesser-included 
 offense of second degree lynching.  
In Knox v. State, 340 S.C. 81, 530 S.E.2d 887 (2000), 
 this Court held that ABHAN is not a lesser included offense of second degree 
 lynching.  Accordingly, we vacate petitioners guilty plea to ABHAN.
 VACATED IN PART.
TOAL, C.J., WALLER, BURNETT and PLEICONES, JJ., concur.  
 MOORE, J., not participating.